UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JOHNNY TONOLE,

Plaintiff,

CV No.: 6:18-CV-00829-AA

ORDER APPROVING PLAINTIFF'S
MOTION FOR ATTORNEY FEES
PURSUANT TO 42 U.S.C. § 406(b)

ANDREW M. SAUL,
COMMISSIONER SOCIAL SECURITY,

Defendant.

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $7,980.85 for attorney fees pursuant to 42 U.S.C. § 406(b). The Commissioner shall deduct from this amount an administrative assessment under 42 U.S.C. § 406(d) and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this 9th day of January, 2020.

Ann Aiken
United States District Judge

PRESENTED BY:
Robyn M. Rebers OSB#034309
Attorney for Plaintiff